

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2019

No. 04-16-00533-CV

Oscar Leo **QUINTANILLA**,
Appellant

v.

Andrew Bradford **WEST**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06259
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice[1]

On May 16, 2019, the Supreme Court of Texas issued the mandate in this appeal in which it reversed our decision and remanded the matter to this court. *See West v. Quintanilla*, No. 17-0454, 2019 WL 1495093 (Tex. Apr. 5, 2019). Specifically, the supreme court held that the parol evidence rule does not preclude enforcement of the agreement through which appellee Andrew Bradford West claims to have satisfied his debt to appellant Oscar Leo Quintanilla, and that West has thus met his current burden to establish a prima facie case for the falsity of Quintanilla's liens. *Id.* at *9. The supreme court did not hold that West has established a prima facie case for every element of his claims. *Id.* The supreme court stated that Quintanilla also argued in our court that West cannot establish causation or special damages, and that Quintanilla established his defense by a preponderance of the evidence. *Id.* We did not reach those issues in our prior opinion. *See id.*; *Quintanilla v. West*, 534 S.W.3d 34 (Tex. App.—San Antonio 2017), *rev'd*, No. 17-0454, 2019 WL 1495093 (Tex. Apr. 5, 2019). The supreme court remanded the case for us to consider arguments raised by the parties that we did not reach. *Id.* Accordingly, we ORDER that the parties may file supplemental briefs in this court in light of the decision by the Supreme Court of Texas.

---

[1] This case was originally submitted with oral argument before a panel consisting of Justice Angelini, Justice Martinez, and Justice Chapa. Justice Rodriguez has now assumed Justice Angelini's place and replaces her on remand in accordance with Rule 8(j)(iii) of our Internal Operating Procedures.

We ORDER appellant to file his supplemental brief, if any, in this court on or before July 10, 2019. Appellee's supplemental brief, if any, will be due in this court twenty days after the date appellant's supplemental brief is filed. If either party chooses not to file a supplemental brief, that party is ORDERED to notify this court of such fact in writing on or before July 1, 2019. If appellant decides not to file a supplemental brief, appellee may still file a supplemental brief, and such brief will be due twenty days after the date appellant advises this court in writing that he does not intend to file a supplemental brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court